UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
CARLOS FEIJOO NEYRA,                                    Case No: 20-12959-LMI
                                                         Chapter 7

_____Debtors_____/

Ex-Parte
**MOTION TO REINSTATE CHAPTER 7 CASE**

**COME NOW,** the Debtor, Carlos Feijo Neyra**,** by and through their undersigned counsel and moves

this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On February 13, 2020 the instant case was filed as a chapter 7 bankruptcy.

2. On March 6, 2020 this case was dismissed due to software error to file Payment Advices (software has been corrected.).

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtors pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 10th day of March, 2020 via ecf to Joel L. Tabas, 25 SE 2nd Ave, Suite 248, Miami, FL 33131and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
      Robert Sanchez, Esq., FBN#0442161

Afni, Inc.
Attn: Bankruptcy
Po Box 3427
Bloomington, IL 61702

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

Americollect
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Commonwealth Financial Systems
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519

Convergent Outsourcing, Inc.
Attn: Bankruptcy
Po Box 9004
Renton, WA 98057

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

Innovate Loan Servic
2201 Dottie Lynn Parkway
Fort Worth, TX 76120

Jefferson Capital Systems, LLC
c/o Mark Berrios-Ayala, Esq.
PO Box 17210
Golden, CO 80402

LVNV Funding/Resurgent Capital
POB 10497
Greenville, SC 29603

LVNV Funding/Resurgent Capital
POB 10497
Greenville, SC 29603

Naviet
Po Box 9635
Wilkes Barre, PA 18773

Naviet
Po Box 9635
Wilkes Barre, PA 18773

Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502-4962

Receivables Performance Mgmt
20816 44th Ave West
Lynnwood, WA 98036

Tfp International In
20807 Biscayne Blvd
Aventura, FL 33180

Verizon Wireless
National Recovery Operations
Minneapolis, MN 55426

Wells Fargo Bank
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306

Wells Fargo Bank
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306

World Omni Financial Corp
P O Box 91614
Mobile, AL 36691