# United States Bankruptcy Court
## Southern District of Florida

In re   **Carlos R Feijoo Neyra**                                       Case No.  **20-11958**
                                         Debtor(s)                       Chapter   **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/s/ Carlos R Feijoo Neyra                                    Date:    **March 30, 2020**
**Carlos R Feijoo Neyra**
Signature of Attorney or Debtor

```
00837
Company Code    Loc/Dept    Number    Page
KQ / KRO 24903019   01/     5367388   1 of 1
Dade County Electrical Contractors LLC
775 W 70Th Pl
Hialeah, FL 33014
```

# Earnings Statement

**ADP**

Period Starting: 01/16/2020
Period Ending: 01/22/2020
Pay Date: 01/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:  2                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number:    XXX-XX-XXXX

**Carlos R Feijoo**
**4241 NW 172 Dr**
**Miami Gardens, FL 33055-4434**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 2880.00 |
| Overtime | 27.0000 | 8.00 | 216.00 | 324.00 |
| **Gross Pay** | | | **$936.00** | $3,204.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -79.91 | 255.76 |
| Social Security | -58.03 | 198.65 |
| Medicare | -13.57 | 46.46 |
| **Net Pay** | **$784.49** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.00 | 172.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6838 | XXXXXXXXX | 784.49 |

Your federal taxable wages this period are $936.00

© 1998, 2006, ADP, LLC. All Rights Reserved.

▼ TEAR HERE

---

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

Dade County Electrical Contractors LLC
775 W 70Th Pl
Hialeah, FL 33014

Pay Date: 01/24/2020

VOID VOID VOID VOID
THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6838 | XXXXXXXXX | 784.49 |

Carlos R Feijoo
4241 NW 172 Dr
Miami Gardens, FL 33055-4434

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
00622
Company Code      Loc/Dept   Number   Page
KQ / KRO 24903019  01/       5350035  1 of 1
Dade County Electrical Contractors LLC
775 W 70Th Pl
Hialeah, FL 33014
```

# Earnings Statement

ADP

Period Starting: 01/09/2020
Period Ending: 01/15/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:  2                 Federal:
  State:    0                 State:
  Local:    0                 Local:
Social Security Number: XXX-XX-XXXX

**Carlos R Feijoo**
**4241 NW 172 Dr**
**Miami Gardens, FL 33055-4434**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 2160.00 |
| Overtime | 27.0000 | 4.00 | 108.00 | 108.00 |
| **Gross Pay** | | | **$828.00** | $2,268.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 44.00 | 124.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -66.95 | 175.85 |
| Social Security | -51.34 | 140.62 |
| Medicare | -12.01 | 32.89 |
| **Net Pay** | **$697.70** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6838 | XXXXXXXXX | 697.70 |

Your federal taxable wages this period are $828.00

©1998, 2006 ADP, LLC All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Dade County Electrical Contractors LLC
775 W 70Th Pl
Hialeah, FL 33014

Pay Date: 01/17/2020

VOID VOID VOID VOID
THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6838 | XXXXXXXXX | 697.70 |

Carlos R Feijoo
4241 NW 172 Dr
Miami Gardens, FL 33055-4434

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
00779
Company Code     Loc/Dept   Number   Page
KQ / KRO 24903019  01/      5330141  1 of 1
Dade County Electrical Contractors LLC
775 W 70Th Pl
Hialeah, FL 33014
```

# Earnings Statement 

Period Starting: 01/02/2020
Period Ending: 01/08/2020
Pay Date: 01/10/2020

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
    Federal: 2                   Federal:
    State:   0                   State:
    Local:   0                   Local:
Social Security Number: XXX-XX-XXXX

**Carlos R Feijoo**
**4241 NW 172 Dr**
**Miami Gardens, FL 33055-4434**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 1440.00 |
| **Gross Pay** | | | **$720.00** | **$1,440.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -54.45 | 108.90 |
| Social Security | -44.64 | 89.28 |
| Medicare | -10.44 | 20.88 |
| **Net Pay** | **$610.47** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6838 | XXXXXXXXX | 610.47 |

Your federal taxable wages this period are $720.00

© 1998, 2006, ADP, LLC    All Rights Reserved.

▼ TEAR HERE

---

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

Dade County Electrical Contractors LLC
775 W 70Th Pl
Hialeah, FL 33014

Pay Date: 01/10/2020

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6838 | XXXXXXXXX | 610.47 |

Carlos R Feijoo
4241 NW 172 Dr
Miami Gardens, FL 33055-4434

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.