**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

CARLOS R. FEIJOO NEYRA                              CHAPTER 7
                                                    CASE NO. 20-11958-LMI

    Debtor.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY**
**CREDITOR VT INC AS TRUSTEE OF WORLD OMNI LT**

**REQUEST FOR RELIEF ON NEGATIVE NOTICE**
**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

    **VT INC. AS TRUSTEE OF WORLD OMNI LT** ("Creditor"), through the undersigned counsel, moves this Court for relief from the automatic stay as to personal property of Carmen Gamboa Guerra ("Debtor"), and states:

    1.    On February 13, 2020, Debtor filed a voluntary petition for Bankruptcy relief under Chapter 7 of Title 11 of the United States Code. [ECF No. 1].

    2.    Debtors purchased a **2017 TOYOTA CAMRY - 4T1BF1FK0HU427152** ("Vehicle"). Debtor financed the Vehicle through a Closed End Motor Vehicle Lease Agreement dated July 7, 2017 ("Lease"). The Lease is attached hereto as **Exhibit A**. The Lease was assigned to Creditor for value and in good faith.

    3.    The Lease reflects Creditor's ownership interest in the Vehicle. Creditor's ownership interest is noted on the Certificate of Title, which is attached hereto as **Exhibit B**.

    4.    The Debtor is currently in default of their obligation under the Lease with Creditor in the amount of $18,823.74 in principal plus accrued interest thereon as of the date of the petition. An Affidavit of Indebtedness is attached hereto as **Exhibit C**.

    5.    Debtor defaulted under the terms of the Lease by failing to make the payment due November 7, 2019 and all subsequent payments.

    6.    The Debtor's continued use of the Vehicle is causing continued depreciation of the value of the Vehicle.

7. The Debtor's continued use of the Vehicle without rendering payment to Movant constitutes "cause" for relief from the automatic stay pursuant to § 362(d).

8. The Vehicle has neither been claimed as exempt by the Debtor nor abandoned by the Trustee.

9. The estimated retail value of the Vehicle retrieved from NADA is $18,025.00.

10. Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or repair the Vehicle, and therefore Creditor respectfully requests that the Court waive the stay of the order terminating the stay under Fed.R.Bankr.P. 4001(a)(3) so that Creditor may proceed to take possession of the Vehicle.

**WHEREFORE**, Creditor respectfully requests the entry of an order:

a. Terminating the automatic stay imposed by § 362 as to Creditor;

b. Granting Creditor complete *in rem* relief to take any and all steps necessary to exercise all rights it may have in the Vehicle, to gain possession of the Vehicle, and such other *in rem* remedies to which Creditor is entitled under the applicable state and non-bankruptcy law;

c. Waiving the additional 14-day stay imposed by Federal Bankruptcy Rule 4001(a)(3); and

d. Granting such other and further relief as it deems just and proper.

TRIPP SCOTT, PA
*Counsel for Creditor*
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Tel:     954-525-7500
Fax:    954-762-2502
bankruptcy@trippscott.com

*/s/ Brittany Lee Hynes*
Brittany Lee Hynes
FBN 1018589

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT a true and correct copy of the Motion for Relief from Stay with attached Exhibits A, B and C were furnished by CM/ECF or U.S. Mail to Carlos R Feijoo Neyra, 4241 NW 172nd Drive, Miami Gardens, FL 33055; Carlos R Feijoo Neyra, 4241 NW 172nd Drive, Miami Gardens, FL 33055; Joel L Tabas, 25 SE 2nd Avenue, Suite 248, Miami, FL 33131; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, on this 29th day of April, 2020.

                                              */s/ Brittany Lee Hynes*
                                              Brittany Lee Hynes
                                              FBN 1018589